United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KASIE WELCH, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-4599 |
| | § | |
| FLAGSHIP CREDIT ACCEPTANCE, | § | |
| LLC, | § | |
|     Defendant. | § | |

## <u>CONDITIONAL ORDER OF DISMISSAL</u>

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. *See* Notice of Settlement [Doc. # 24]. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 30, 2020,** that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 16th day of **September, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\4599Conditional.wpd   200916.1204